IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 11-PO-00113-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. GOGI GRIFFITH,

Defendant.

---

## ORDER FOR RELEASE FROM CUSTODY

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

After hearing on Violation of Probation, the Defendant's probation was ordered continued, therefore;

**IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal.

DATED: September 21, 2011.

BY THE COURT:

_____
United States Magistrate Judge

1